## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Steven M. Kurenitz and Maryanne
Kurenitz,

                    Plaintiffs,

v.

Stellar Recovery, Inc.,

                    Defendant.

COURT FILE NO.: 12-cv-00246-PJS-JJK

**STIPULATION EXTENDING
TIME FOR DEFENDANT STELLAR
RECOVERY, INC. TO RESPOND TO
PLAINTIFFS' COMPLAINT**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiffs, Steven M. Kurenitz and Maryanne Kurenitz, and Defendant Stellar Recovery, Inc. ("Stellar") through their respective undersigned counsel, that Steller is granted an extension through March 7, 2012, with which to answer and/or otherwise respond to the Complaint filed in this matter.

ATTORNEYS FOR PLAINTIFFS

Dated: February 22, 2012

By:  s/ Mark L. Heaney
Mark L. Heaney, Esq. (#0333219)
Heaney Law Firm, LLC
13911 Ridgedale Drive, Suite 110
Minnetonka, MN 55305-1773
Telephone:  (952) 933-9655
Facsimile:  (952) 544-1308
Email: mark@heaneylaw.com

ATTORNEYS FOR DEFENDANT

Dated: February 22, 2012.

By:  s/ James R. Bedell
Michael S. Poncin, (#296417)
James R. Bedell, (#351544)
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4129
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
PoncinM@moss-barnett.com
BedellJ@moss-barnett.com