# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Steven M. Kurenitz and Maryanne Kurenitz, | Case No. 12-CV-246 (SRN/JSM) |
| Plaintiffs, | |
| v. | **ORDER OF DISMISSAL** |
| Stellar Recovery Inc., | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal filed by parties on November 5, 2012 [Docket No. 23],

**IT IS HEREBY ORDERED** that the above-entitled action is dismissed with prejudice, in its entirety and on the merits and without costs or disbursements to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: November 5, 2012

                                           s/Susan Richard Nelson
                                           SUSAN RICHARD NELSON
                                           United States District Judge