✎AO450 (Rev. 5/85)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

Steven M. Kurenitz and Maryanne Kurenitz

**JUDGMENT IN A CIVIL CASE**

V.

Case Number: 12-CV-246 (SRN/JSM)

Stellar Recovery Inc.

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

the above-entitled action is dismissed with prejudice, in its entirety and on the merits and without costs or disbursements to any party.

|  |  |
|---|---|
| November 6, 2012 | RICHARD D. SLETTEN, CLERK |
| Date |  |
|  | s/L. Brennan |
|  | (By)      L. Brennan,   Deputy Clerk |